UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GLADYS YOUNG on Behalf of Themselves and All Others Similarly Situated,
ALLYSA TAUL on Behalf of Themselves and All Others Similarly Situated,
AMBER DUNN on Behalf of Themselves and All Others Similarly Situated,
JUIFRIA MAYNARD on Behalf of Themselves and All Others Similarly Situated,
KENDRA POWELL on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

No. 1:25-cv-02552-TWP-TAB

CHINTU PATEL,
MALKIT SINGH,
SKY 5, LLC,
SKY 7, LLC,
SKY 10, LLC,
SKY 13, LLC,
SKY 14, LLC,
SKY 16, LLC,
SKY 17, LLC,
SKY 18, LLC,
SKY 22, LLC,
SKY 23, LLC,
SKY 24, LLC,
SKY 25, LLC,
SKY 31, LLC,
SKY 32, LLC,
SKY 36, LLC,
SKY 37, LLC,
SUBWAY KENTUCKY 2, LLC,
SUBWAY KENTUCKY 4, LLC,
SUBIN 17, LLC,
SUBIN 18, LLC,
SUBIN 21, LLC,
SUBIN 22, LLC,

Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANTS MOTIN TO ENFORCE SETTLEMENT**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Filing No. 61), and the Defendants' Motion to Enforce Settlement Agreements (Filing No. 37). For reasons stated in the report, the Magistrate Judge recommends that Defendants' motion to enforce settlement agreements should be denied. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts it.

Accordingly, the Report and Recommendation (Filing No. 61) is **ADOPTED** and Defendants' Motion to Enforce Settlement Agreement (Filing No. 37) is **DENIED**.

As per the March 20, 2026 Case Management Plan, dispositive motions shall be filed by March 17, 2027; non-expert discovery shall be completed by January 15, 2027; expert witness discovery shall be completed by February 17, 2027. If any deadlines set forth in the Case Management Plan need adjustment, the parties should confer and submit that request to the Magistrate Judge. A scheduling Order with trial dates will be made is a separate filing.

**IT IS SO ORDERED.**

Date: October 27, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew T Lockaby
Lockaby PLLC
mlockaby@lockabylaw.com

Ronald E. Weldy
WELDY LAW
rweldy@weldylegal.com